UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TODD ROBBEN,

        Plaintiff,

  v.

GLENN NORLING,

        Defendant.

No. 2:16-cv-2699-WBS-EFB P

ORDER

      Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. Once again, he has submitted an affidavit requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1), but has failed to submit a certified trust account statement.

      Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted a certified copy of his trust account statement or the institutional equivalent.

      Accordingly, the court will afford plaintiff another opportunity to submit the required trust account statement. Failure to comply with this order within 30 days will result in a

1

recommendation of dismissal. The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.

So ordered.

Dated: December 12, 2016.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE