UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TODD ROBBEN,

        Plaintiff,

  v.

GLENN NORLING,

        Defendant.

No. 2:16-cv-2699-WBS-EFB P

ORDER

Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1), but has failed to submit a certified trust account statement. According to plaintiff, "the Sheriff refuses to sign any certified statement." ECF No. 10.

Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted a certified copy of his trust account statement or the institutional equivalent.

Accordingly, the court will afford plaintiff a third opportunity to submit the required trust account statement. If plaintiff is unable to comply with this order, he must submit to the court a

1

1 copy of his request for a copy of his certified trust account statement along with any response
2 received from jail officials.   Failure to comply with this order within 30 days will result in a
3 recommendation of dismissal.  The Clerk of the court is directed to send to plaintiff a new form
4 Application to Proceed In Forma Pauperis by a Prisoner.

5     So ordered.
6 Dated: January 17, 2017.

    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE