UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ROBBEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GLENN NORLING,<br><br>　　　　Defendant. | No. 2:16-cv-2699-WBS-EFB P<br><br><br>ORDER |

Plaintiff is a county inmate proceeding without counsel in an action brought for alleged violations of his civil rights. He requests an extension of time to file an amended complaint pursuant to the court's August 3, 2017 order.

Plaintiff's request (ECF No. 21) is granted and plaintiff has 90 days from the date this order is served to file his amended complaint. Absent a showing of good cause, the court is not inclined to extend the time further.

So ordered.

Dated: August 29, 2017.

　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE