UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TODD ROBBEN,

             Plaintiff,

    v.

GLENN NORLING,

             Defendant.

No.  2:16-cv-2699-WBS-EFB P

ORDER

Plaintiff's motion to stay (Docket Nos. 23 & 25) is GRANTED. This action is stayed to May 14, 2018.  Plaintiff shall file his Amended Complaint on or before that date.  If he fails to do so, this action will be dismissed in accordance with the magistrate judge's order of August 3, 2017 (Docket No. 19).

IT IS SO ORDERED.

Dated:  December 20, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1